In re: MINH VU HOANG, Debtor,

Minh Vu Hoang, Defendant–Appellant,

v.

UHY Advisors Flys, Inc., Third Party Defendant–Appellee,

and

Gary A. Rosen, Trustee.

(1988).

In re Minh Vu Hoang; Thanh
Hoang Debtors,

Minh Vu Hoang, Defendant–Appellant,

v.

Gary A. Rosen; Roger Schlossberg,
Trustees–Appellees.

In re Minh Vu Hoang, Debtor,

Minh Vu Hoang, Defendant–Appellant,

v.

Marion A. Hecht; Jeffrey K. Bernstein;
Goodman Solutions, LLC; Goodman
& Company, LLP, Third Party Defen-
dants–Appellees,

and

Roger Schlossberg; Gary
A. Rosen, Trustees.

In re Minh Vu Hoang, Debtor,

Minh Vu Hoang, Defendant–Appellant,

v.

Gary A. Rosen; Trustee Roger
Schlossberg, Third Party
Defendants–Appellees,

and

Gary A. Rosen, Individually; Gary A.
Rosen, Chartered, Trustees.

Nos. 12–1001, 12–1003, 12–1004, 12–1005.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 31, 2012.

Decided: June 5, 2012.

Minh Vu Hoang, Appellant Pro Se.
Alan M. Grochal, Catherine Keller Hopkin,
Tydings & Rosenberg, LLP, Baltimore,
Maryland; Gary A. Rosen, Rockville, Ma-
ryland; Roger Schlossberg, Schlossberg &
Associates, Hagerstown, Maryland, for Ap-
pellees.

Before KING, DUNCAN, and DIAZ,
Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Minh Vu
Hoang appeals the district court's orders
dismissing as frivolous her appeal from the
bankruptcy court's orders in the underly-
ing proceedings. We have reviewed the
record and find no reversible error. Ac-
cordingly, we affirm for the reasons stated
by the district court. *Hoang v. UHY Ad-
visors FKYS, Inc.,* Nos. 8:11–cv02641–
DKC; 05–21078; 11–00001; *Hoang v. Ro-
sen,* Nos. 8:11–cv02642–DKC; 05–21078;
11–00001; *Hoang v. Hecht,* Nos. 8:11–
cv02653–DKC; 05–21078; 11–00001;
*Hoang v. Gary Rosen,* Nos. 8:11–cv–
02654–DKC; 05–21078; 11–00001; (D.Md.
Dec. 13, 2011). We deny Hoang's motion
to appoint counsel and we dispense with
oral argument because the facts and legal
contentions are adequately presented in
the materials before the court and argu-
ment would not aid the decisional process.

*AFFIRMED.*